# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 DEC 15 PM 4: 17

**U.S.A. vs. Howard Kevin Matthews**

Docket No. **2:01CR20181-001**

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

### Petition on Probation and Supervised Release

**COMES NOW** Lorin J. Smith, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Howard Kevin Matthews, who was placed on supervision by the Honorable Julia S. Gibbons sitting in the Court at Memphis, Tennessee on the 3rd day of May, 2002, who fixed the period of supervision at three (3) years* with the following special conditions:

1. Employment and change of address must be approved by the probation officer.
2. The defendant must participate in specialized sex offender treatment program that may include use of a plethysmograph, polygraph, and any other appropriate tools.
3. The defendant shall possess no pornography.
4. The defendant may not directly or indirectly have contact with any child under age 18; may not reside with any child under age 18; and may not loiter near school yards, playgrounds, swimming pools, arcades, or other places frequented by children.
5. The defendant may not use sexually oriented telephone numbers or services.
6. The defendant's place of residence may not be in close proximity to parks, playgrounds, public pools, or other locations frequented by children.
7. Any proposed internet access or contact with devices that communicate via modem or dedicated connection shall be approved by the probation officer. Those sites are not to be used to access material depicting minors engaged in sexually explicit conduct, or to access any pornographic or obscene sites.

* Supervision began November 22, 2005.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Howard Kevin Matthews has a significant history of marijuana use as well as a history of the use of cocaine, opium, ecstacy and inhalants. Mr. Howard was previously hospitalized for treatment of his marijuana addiction. Mr. Matthews has signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision agreeing to the modification.

**PRAYING THAT THE COURT WILL ORDER** that Mr. Matthew's Supervised Release be modified to include, the following:

The defendant shall participate in a program which may include therapy for treatment of drug/alcohol dependency, including drug/alcohol testing. The defendant shall also abstain from the use of drugs/alcohol during and after the course of treatment.

**ORDER OF COURT**

Considered and ordered this 14th day of Dec., 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_____
Lorin J. Smith
U.S. Probation Officer

Place: Memphis, Tennessee

Date: December 8, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-16-05

(44)

# United States District Court
## Western District of Tennessee

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a program which may include therapy for treatment of drug/alcohol dependency, including drug/alcohol testing. The defendant shall also abstain from the use of drugs/alcohol during and after the course of treatment.

Witness: Lorin J. Smith, U.S. Probation Officer

Signed: Howard Matthew, Defendant

Date: 11/22/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:01-CR-20181 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT